IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEFLYN DALE RICE, JR.,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0514

Opinion filed March 10, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Matt Shirk, Public Defender, Elizabeth H. Webb and Tricia Rado Rover, Assistant
Public Defenders, Jacksonville, for Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the judgment and sentence rendered on

November 15, 2016, in Duval County Circuit Court case number 2016-CF-008588, is

granted.  Upon issuance of mandate, a copy of this opinion shall be furnished to the

clerk of the lower tribunal for treatment as a notice of appeal. The court notes that the lower tribunal has appointed the Office of the Public Defender to represent petitioner on appeal.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.